**Order entered June 2, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00999-CR

**JACKY SCOTT GARRETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81797-2012**

## ORDER

The Court **GRANTS** appellant's May 29, 2015 motion to substitute counsel.

We **ORDER** the Clerk of the Court to list Robert N. Udashen as appellate counsel.

/s/    ADA BROWN
       JUSTICE